

| | | |
|---|---|---|
| 30330 | State v. Brown | Affirmed |
| 30212 | State v. Makue | Affirmed |

### March 23, 2011
| | | |
|---|---|---|
| 30462 | State v. Merriman | Affirmed |

### March 28, 2011
| | | |
|---|---|---|
| 29900 | Cross v. Harden | Affirmed |
| 30400 | State v. Tunley | Vacated and Remanded |

### March 29, 2011
| | | |
|---|---|---|
| 30044, 30084 | State v. Johnson | Vacated; Affirmed and Remanded |

### March 30, 2011
| | | |
|---|---|---|
| 30676 | AU, In re | Affirmed |
| 30005 | Gomes v. State, Dept. of Public Safety | Affirmed |
| 29283 | Salamack v. Salamack | Affirmed |

### March 31, 2011
| | | |
|---|---|---|
| 30599 | American Exp. Centurion Bank v. Nalua'i | Affirmed |
| 30521 | KB, In re | Vacated and Remanded |
| 30296 | State v. Ayres | Affirmed |
| 30158 | State v. Gionson | Affirmed |
| 30061 | State v. Solomon | Affirmed |

### April 25, 2011
| | | |
|---|---|---|
| 30278 | State v. Bailey | Affirmed |

### May 9, 2011
| | | |
|---|---|---|
| 29501 | Child Support Enforcement Agency v. SH | Affirmed |

### May 13, 2011
| | | |
|---|---|---|
| 30022 | Kakinami v. Kakinami | Affirmed |

### June 8, 2011
| | | |
|---|---|---|
| 30650 | State v. Sanders | Affirmed |

### June 9, 2011
| | | |
|---|---|---|
| 29381 | Atlantic Credit & Finance Inc. v. Mahaulu | Affirmed |
| 29587 | State v. Eid | Vacated and Remanded |